UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BELARUSSIAN SHIPPING CO.,     :

        Plaintiff,     :

- against -     :

S&T HARRISONS GmbH,     :

        Defendant.     :
------------------------------------------------------X

08 Civ. _____
ECF CASE



## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:     NONE.

Dated: June 26, 2008
       New York, NY

                 The Plaintiff,
                 BELARUSSIAN SHIPPING CO.,

       By: _____
                Lauren C. Davies (LD 1980)
                Thomas L. Tisdale (TT 5263)
                TISDALE LAW OFFICES, LLC
                11 West 42nd Street, Suite 900
                New York, NY 10036
                (212) 354-0025 – phone
                (212) 869-0067 – fax
                ldavies@tisdale-law.com
                ttisdale@tisdale-law.com