```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Belarussian Shipping Co.
                Plaintiff(s),
                                        ECF CASE
        -against-
                                        ORDER SCHEDULING
                                        INITIAL PRETRIAL CONFERENCE
S&T Harrisons GmbH
                Defendant(s).           08 Civ. 5762(PKC)
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

P. KEVIN CASTEL, United States District Judge.

Counsel for all parties are directed to appear before the undersigned for an initial pretrial conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure on August 28, 2008 at 10:30 a.m. in Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York. **COUNSEL FOR PLAINTIFF IS DIRECTED TO SEND A COPY OF THIS NOTICE TO ALL PARTIES AFTER ATTACHMENT**. Principal trial counsel must appear at this and all subsequent conferences.

**This case has been designated an electronic case and has been assigned to me for all purposes. By the date of the initial pretrial conference counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing and file a Notice of Appearance.**

**The parties are directed to submit a joint letter five business days prior to the conference addressing the following in separate paragraphs**: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties are requested to set forth the date and time of the Conference in the opening paragraph of the joint letter. The parties are directed to consult the undersigned's Individual Practices and to confer on a Case Management Plan. See the Court's internet site: www.nysd.uscourts.gov/judges/USDJ/castel.htm. The jointly proposed Case Management Plan should be submitted in writing to the Court at the conference. Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with the undersigned's Individual Practices.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: June 27, 2008
       New York, New York