11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

# MEMO ENDORSED

August 22, 2008

<u>Via Facsimile 212 805 7949</u>
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

Re:   Belarussian Shipping Co. v. S&T Harrisons GmbH
      Docket Number: 08 Civ. 5762
      Our Reference Number: 08-1920

Honorable Sir:

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On June 27, 2008 an ex parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared despite that fact that since July 9, 2008 we have been fully secured in this matter.

As the Defendant has not appeared, and the undersigned is not available to attend on August 28, we respectfully request a 30-day adjournment of the pre-trial conference scheduled for August 28, 2008. This is Plaintiff's first request for an adjournment in this matter. Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. We thank your Honor for your indulgence in this request.

Respectfully submitted,

*[signature]*
Lauren C. Davies

dk

*The initial pretrial conference is adjourned to September 26, 2008 at 12:15pm.*
Application Granted.
So Ordered.

*[signature]*
Hon. P. Kevin Castel, U.S.D.J.
8/25/08