UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BELARUSSIAN SHIPPING CO., : 08 CV 5762 (PKC)
:
           Plaintiff, :
: **NOTICE OF**
    - against - : **RESTRICTED APPEARANCE**
:
S&T HARRISONS GmbH, :
:
           Defendant. :
-------------------------------------------------------------X

    S&T HARRISONS GmbH by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rule E(8) in this action.

    S&T HARRISONS GmbH expressly reserves all of its rights and defenses herein, including, but not limited to, the right to fully appear herein to challenge the propriety of the issuance of Plaintiff's Process of Maritime Attachment and Garnishment, including the right to seek vacatur of the same.

Dated: August 27, 2008
       New York, NY

                                 LENNON, MURPHY & LENNON, LLC
                                 Attorneys for Defendant
                                 S&T HARRISONS GmbH

                By: _____
                                 Coleen A. McEvoy (CM 2831)
                                 The GrayBar Building
                                 420 Lexington Avenue, Suite 300
                                 New York, NY 10170
                                 (212) 490-6050 - phone
                                 (212) 490-6070 - facsimile
                                 cam@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 27, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Coleen A. McEvoy